BENJAMIN T. MORTON
BMORTON@GORDONREES.COM

GORDON & REES LLP

ATTORNEYS AT LAW
101 WEST BROADWAY, SUITE 2000
SAN DIEGO, CA 92101
PHONE: (619) 696-6700
FAX: (619) 696-7124
WWW.GORDONREES.COM

September 18, 2014

**VIA CM/ECF**

Magistrate Judge Joseph C. Spero
San Francisco Courthouse
Courtroom G, 15th Floor
San Francisco, CA 94102

Re:   **VFS Leasing CO. v. USA Casino Tours/Entertainment, Inc., et al.**
       USDC Northern District of California Court Case No. 14-cv-02941-JCS

Dear Judge Spero,

Our office represents Plaintiff VFS Leasing Co. ("VFS") in the above-referenced matter. Pursuant to your Procedures for Requesting Telephonic Appearances, we hereby submit this letter through the Court's CM/ECF System for my telephonic appearance on behalf of VFS for the Initial Case Management Conference set for September 26, 2014 at 2:00 p.m.

My direct land line phone number is (760) 448-6920 where I can be reached for the Case Management Conference.

Should you have any questions or need anything further in this regard, please do not hesitate to contact me.

Thank you for your assistance in this matter.

Dated: 9/22/14

Very truly yours,

GORDON & REES LLP

Benjamin T. Morton

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*

1072394/20800954v.1