BENJAMIN T. MORTON
BMORTON@GORDONREES.COM
DIRECT DIAL: (619) 230-7755

# GORDON & REES LLP

ATTORNEYS AT LAW
101 W. BROADWAY
SUITE 2000
SAN DIEGO, CA 92101
PHONE: (619) 696-6700
FAX: (619) 696-7124
WWW.GORDONREES.COM

October 17, 2014

**VIA CM/ECF**

Magistrate Judge Joseph C. Spero
Courtroom G-15th Floor
USDC, Northern District – San Francisco
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   **VFS Leasing Co. v. USASIA Casino Tours/Entertainment, Inc., et al.**
United States District Court, Northern Division – San Francisco
Case No. 14-cv-02941-JCS
VFS Internal Matter No.: 2014-10765

Dear Judge Spero:

Our office represents Plaintiff VFS Leasing Co. ("VFS") in the above-referenced matter. Pursuant to your Procedures for Requesting Telephonic Appearances, we hereby submit this letter through the Court's CM/ECF System for my telephonic appearance on behalf of VFS for NFCU's Motion for Default Judgment scheduled to be heard on October 31, 2014 at 9:30 a.m.

My direct land line phone number is (760) 448-6920 where I can be reached for the motion hearing.

Should you have any questions or need anything further in this regard, please do not hesitate to contact me. Thank you for your assistance in this matter.

it is hereby ordered that Mr. Morton shall be on phone standby beginning at 9:30 AM and await the Court's call.
Dated: 10/20/14

Very truly yours,

GORDON & REES LLP

*[signature]*

Benjamin T. Morton

BTM:ssd

1072394/21122570v.1

CALIFORNIA ♦ OREGON ♦ WASHINGTON ♦ NEVADA ♦ ARIZONA ♦ COLORADO ♦ TEXAS ♦ ILLINOIS ♦ MISSOURI ♦ NEW YORK ♦ NEW JERSEY
WASHINGTON D.C. ♦ PENNSYLVANIA ♦ MARYLAND ♦ VIRGINIA ♦ CONNECTICUT ♦ GEORGIA ♦ FLORIDA ♦ SOUTH DAKOTA ♦ NORTH CAROLINA